#13 (6/29 HRG OFF)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV15-1801 PSG (AJWx) | Date | June 22, 2015 |
|---|---|---|---|
| Title | Jonathan Retta, *et al.* v. Millennium Products, Inc. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** **Order VACATING hearing and finding that Defendant's motion to dismiss has been RENDERED MOOT.**

On April 28, 2015, Defendant Millennium Products, Inc. ("Defendant") filed a motion to dismiss Plaintiffs' Complaint. *See* Dkt. # 13. This motion is set for hearing on June 29, 2015. *See* Dkt. # 13. On May 19, 2015, Plaintiffs filed a First Amended Complaint ("FAC") against Defendant. *See* Dkt. # 14. Resultantly, the Court VACATES the hearing date for this motion and finds that it has been RENDERED MOOT.

**IT IS SO ORDERED.**