## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JONATHAN RETTA , et al.

              Plaintiff(s),

     v.

MILLENNIUM PRODUCTS, INC.



           Defendant(s).

CASE NO:
2:15–cv–01801–PSG–AJW


ORDER SETTING SCHEDULING
CONFERENCE

This matter is set for a scheduling conference on **January 11, 2016 at 02:00 PM.**
The Conference will be held pursuant to F.R.Civ. P. 16(b).  The parties are reminded of
their obligations to disclose information and confer on a discovery plan not later than
**21** days prior to the scheduling conference, and to file a joint statement with the Court
not later than **14 days** after they confer, as required by F.R. Civ.P. 26 and the Local
Rules of this Court.  In their F.R.Civ. P. 26(f) Report, the parties shall indicate whether
they have agreed to participate in the Court's ADR Program, to private mediation or,
upon a showing of good cause, to a Magistrate Judge for a settlement conference.
Failure to comply may lead to the imposition of sanctions.

    **IT IS SO ORDERED.**

DATED: November 4, 2015

_____

Philip S. Gutierrez
United States District Judge