SCOTT M. VOELZ (S.B. #181415)
svoelz@omm.com
DANIEL J. FARIA (S.B. #285158)
dfaria@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
Millennium Products, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RETTA, KIRSTEN SCHOFIELD, and JESSICA MANIRE, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MILLENNIUM PRODUCTS, Inc.,<br><br>Defendant. | Case No. 2:15-CV-01801-PSG-AJW<br><br>**NOTICE OF NON-OPPOSITION TO MOTION TO APPOINT INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P 23(G)**<br><br>Judge: Hon. Philip S. Gutierrez<br>Hearing Date: February 1, 2016<br>Hearing Time: 1:30 PM<br><br>TAC Filed: October 8, 2015<br>Trial Date: December 6, 2016 |

**NOTICE OF NON-OPPOSITION**

Pursuant to Rule 7-9 of the Local Rules for the Central District of California, Defendant Millennium Products, Inc. hereby submits this notice of non-opposition to Plaintiffs' Motion to Appoint Interim Class Counsel Pursuant to Fed. R. Civ. P. 23(g), which is currently set for hearing on February 1, 2016. (Dkt Nos. 37, 38.)

By submitting this notice, Millennium in no way concedes that treatment of any of Plaintiffs' claims on a classwide basis is appropriate, either on a nationwide basis, or on a California or New York basis. Millennium intends to argue at a later date that none of Plaintiffs' putative class claims meet the requirements for class certification. Millennium further the denies the veracity of any of Plaintiffs' factual allegations, and specifically denies that any of Millennium's products have been labeled in a manner that was false or misleading at any time.

Dated: January 11, 2016

O'MELVENY & MYERS LLP

By: _____/s/ Scott M. Voelz_____
Scott M. Voelz
Attorneys for Defendant
Millennium Products, Inc.

- 1 -

NOTICE OF NON-OPPOSITION TO
FED R. CIV. P. 23(G) MOTION;
2:15-CV-01801-PSG-AJW