1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Annick M. Persinger (State Bar No. 272996)
   Yeremey O. Krivoshey (State Bar No. 295032)
3  1990 North California Blvd., Suite 940
4  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
5  Facsimile: (925) 407-2700
   E-Mail:  ltfisher@bursor.com
6          apersinger@bursor.com
7          ykrivoshey@bursor.com

8  *Attorneys for Plaintiffs*

9

10                 **UNITED STATES DISTRICT COURT**

11                 **CENTRAL DISTRICT OF CALIFORNIA**

12

13 | JONATHAN RETTA, KIRSTEN | Case No.  2:15-cv-01801-PSG-AJW |
14 | SCHOFIELD, and JESSICA MANIRE on Behalf of Themselves and all Others Similarly Situated, | **STIPULATION PERMITTING PLAINTIFFS TO FILE FOURTH AMENDED CLASS ACTION COMPLAINT** |
15 | | |
16 | Plaintiffs, | |
17 | v. | Judge:  Hon. Philip S. Gutierrez |
18 | MILLENNIUM PRODUCTS, INC. | TAC Filed:  October 8, 2015 |
   | | Trial Date:  December 6, 2016 |
19 | Defendant. | |
20

21

22

23

24

25

26

27

28

STIPULATION PERMITTING PLAINTIFFS TO FILE FOURTH AMENDED
CLASS ACTION COMPLAINT
CASE NO: 2:15-CV-01801-PSG-AJW

1   Plaintiffs Jonathan Retta, Kirsten Schofield, and Jessica Manire ("Plaintiffs")
2   and Defendant Millennium Products, Inc. ("Millennium"), by and through their
3   respective counsel, hereby stipulate and agree as follows:
4   WHEREAS, Plaintiffs filed this action on March 11, 2015;
5   WHEREAS, the Court issued a scheduling order on January 6, 2016 (Dkt. No.
6   43);
7   WHEREAS, in the scheduling order, the Court set February 11, 2016 as the
8   last day to add parties and amend pleadings;
9   WHEREAS, Plaintiffs seek leave to amend to file a Fourth Amended Class
10  Action Complaint to add Whole Foods Market, Inc. ("Whole Foods") as a defendant;
11  WHEREAS, a draft of Plaintiffs' proposed Fourth Amended Class Action
12  Complaint showing the changes to the complaint in redline is attached hereto as
13  Exhibit A;
14  WHEREAS, pursuant to Central District Local Rule 7-3, Plaintiffs' counsel
15  has met and conferred with Millennium's counsel regarding Plaintiffs' request for
16  leave to file their Fourth Amended Class Action Complaint to add Whole Foods as a
17  defendant;
18  WHEREAS, Millennium does not oppose Plaintiffs' request to add Whole
19  Foods as a defendant;
20  NOW, THEREFORE, the Parties stipulate, subject to the Court's approval,
21  that (1) Plaintiffs shall be permitted to amend their complaint to add Whole Foods as
22  a defendant and (2) Plaintiffs will file their Fourth Amended Class Action Complaint
23  within seven days of the Court's order approving this stipulation.

| | | |
|---|---|---|
| 1 | Dated: February 9, 2016 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By: /s/ Scott M. Voelz |
| 4 | | Scott M. Voelz |
| 5 | | Attorneys for Defendant Millennium Products, Inc. |
| 6 | | |
| 7 | Dated: February 9, 2016 | BURSOR & FISHER, P.A. |
| 8 | | |
| 9 | | By: /s/ Yeremey O. Krivoshey |
| 10 | | Yeremey O. Krivoshey |
| 11 | | Attorneys for Plaintiffs Jonathan Retta, Kirsten Schofield, and Jessica Manire |

## SIGNATURE ATTESTATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the other signatories to this document.

Dated: February 9, 2016        BURSOR & FISHER, P.A.

By:   /s/ Yeremey O. Krivoshey
          Yeremey O. Krivoshey

Attorneys for Plaintiffs