**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
apersinger@bursor.com
ykrivoshey@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RETTA, KIRSTEN SCHOFIELD, and JESSICA MANIRE on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MILLENNIUM PRODUCTS, INC.<br><br>Defendant. | Case No. 2:15-cv-01801-PSG-AJW<br><br>**[PROPOSED] ORDER APPROVING STIPULATION PERMITTING PLAINTIFFS TO FILE FOURTH AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>TAC Filed: October 8, 2015<br>Trial Date: December 6, 2016 |

Having reviewed the Parties' Stipulation Permitting Plaintiffs to File Fourth Amended Class Action Complaint, and good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs shall be permitted to amend their complaint to add Whole Foods Market, Inc. as a defendant.
2. Plaintiffs shall file their Fourth Amended Class Action Complaint within seven days of this order.

**IT IS SO ORDERED**

DATED: _____

THE HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING STIPULATION PERMITTING PLAINTIFFS TO FILE FOURTH AMENDED CLASS ACTION COMPLAINT
CASE NO: 2:15-CV-01801-PSG-AJW

1