**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         apersinger@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiffs*

E-FILED 2/11/16

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RETTA, KIRSTEN SCHOFIELD, and JESSICA MANIRE on Behalf of Themselves and all Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>MILLENNIUM PRODUCTS, INC.<br><br>                    Defendant. | Case No.  2:15-cv-01801-PSG-AJW<br><br>**[~~PROPOSED~~] ORDER APPROVING STIPULATION PERMITTING PLAINTIFFS TO FILE FOURTH AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:  Hon. Philip S. Gutierrez<br><br>TAC Filed:  October 8, 2015<br>Trial Date:  December 6, 2016 |

1  Having reviewed the Parties' Stipulation Permitting Plaintiffs to File Fourth
2  Amended Class Action Complaint, and good cause appearing, **IT IS HEREBY**
3  **ORDERED** as follows:
4  1. Plaintiffs shall be permitted to amend their complaint to add Whole Foods
5     Market, Inc. as a defendant.
6  2. Plaintiffs shall file their Fourth Amended Class Action Complaint within
7     seven days of this order.

**IT IS SO ORDERED**

DATED:  02/11/16

PHILIP S. GUTIERREZ
THE HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING STIPULATION PERMITTING
PLAINTIFFS TO FILE FOURTH AMENDED CLASS ACTION COMPLAINT
CASE NO: 2:15-CV-01801-PSG-AJW

1