LEE TRAN & LIANG LLP
  James M. Lee (SBN 192301)
  james.lee@ltlattorneys.com
  Joe H. Tuffaha (SBN 253723)
  joe.tuffaha@ltlattorneys.com
  David A. Crane (SBN 305999)
  david.crane@ltlattorneys.com
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Tel: 213-612-8900
Fax: 213-612-3773

*Attorneys for Defendant
Whole Foods Market, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RETTA, KIRSTEN SCHOFIELD, and JESSICA MANIRE, on Behalf of All Others Similarly Situated<br><br>Plaintiff(s),<br><br>v.<br><br>MILLENNIUM PRODUCTS, Inc. and WHOLE FOODS MARKET, Inc.,<br><br>Defendants. | Case No. 2:15-CV-01801-PSG-AJW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WHOLE FOODS MARKET, INC.'S MOTION TO DISMISS PLAINTIFF'S FOURTH AMDENDED COMPLAINT**<br><br>**Date:** June 6, 2016<br>**Time:** 1:30 pm<br>**Location:** Courtroom 880<br>255 East Temple Street<br>Los Angeles, CA 90012<br><br>**Judge:** Hon. Philip S. Gutierrez |

On June 6, 2016, Defendant Whole Foods Market, Inc.'s Motion to Dismiss Plaintiff's Fourth Amended Complaint, brought pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), came on regularly for hearing before the Court, the Honorable Philip S. Gutierrez presiding.  Having considered Defendant's Motion and all other supporting and opposing arguments and papers, and good cause appearing:

**IT IS HEREBY ORDERED** that Defendant Whole Foods Market, Inc.'s Motion is GRANTED as follows:

1. Plaintiff's Fourth Amended Class Action Complaint is dismissed with prejudice as it concerns Defendant Whole Foods Market, Inc. for the following reasons:

    a. The Court does not have personal jurisdiction over Defendant Whole Foods Market, Inc.; and

    b. Plaintiffs fail to sufficiently allege Defendant Whole Foods Market, Inc.'s involvement in and control over the alleged misconduct.

**IT IS SO ORDERED.**

Dated: _____

THE HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE