**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
              apersinger@bursor.com
              ykrivoshey@bursor.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RETTA, KIRSTEN SCHOFIELD, and JESSICA MANIRE, on Behalf of All Others Similarly Situated<br><br>Plaintiff(s),<br><br>v.<br><br>MILLENNIUM PRODUCTS, Inc. and WHOLE FOODS MARKET, Inc.,<br><br>Defendants. | Case No.  2:15-CV-01801-PSG-AJW<br><br>**JOINT STIPULATION AND REQUEST TO VACATE PRETRIAL DEADLINES**<br><br>Judge: Hon. Philip S. Gutierrez |

Pursuant to Local Rule 7-1, Plaintiffs Jonathan Retta, Kirsten Schofield, and Jessica Manire (collectively, "Plaintiffs"), Defendant Millennium Products, Inc. ("Millennium") and Defendant Whole Foods Market, Inc. ("Whole Foods") (collectively, Plaintiffs and Defendants shall be referred to herein as the "Parties"), by and through their respective counsel, hereby enter into the following stipulation:

WHEREAS, on January 6, 2016, ECF 43, the Court set the following upcoming pretrial deadlines:

Discovery Cut-Off: 8/30/2016

Last Day to File Motion: 9/13/2016

Opening Expert Witness Disclosure: 9/13/2016

Rebuttal Expert Witness Disclosure: 9/27/2016

Expert Discovery Cut-Off: 10/18/2016

Final Pretrial Conference: 11/21/2016

Jury Trial: 12/6/2016

WHEREAS, after two mediations on March 25, 2016 and May 20, 2016, the Parties have reached a tentative class settlement and intend to file a motion for preliminary approval in the near future;

WHEREAS, the Parties are in agreement that the upcoming pretrial deadlines should be vacated to allow the Parties to finalize a settlement agreement and file a motion for preliminary approval;

WHEREAS, the Parties will promptly file a Joint Status Report and request that the Court hold a case management conference should the Parties' settlement efforts fail for any reason;

NOW THEREFORE, pursuant to Local Rule 7-1, the Parties stipulate that all currently scheduled pretrial deadlines are vacated.  The Parties further stipulate that should the Parties' settlement efforts fail for any reason, the Parties will promptly file a Joint Status Report and request that the Court hold a case management conference to reschedule the vacated pretrial deadlines.

| | | |
|---|---|---|
| 1 | Dated: June 22, 2016 | **BURSOR & FISHER, P.A.** |
| 2 | | |
| 3 | | By: _____*/s/ Yeremey Krivoshey*_____<br>            Yeremey Krivoshey |
| 4 | | *Attorneys for Plaintiffs* |
| 5 | | |
| 6 | Dated: June 22, 2016 | **O'MELVENY & MYERS LLP** |
| 7 | | |
| 8 | | By: _____*/s/ Scott M. Voelz*_____<br>            Scott M. Voelz |
| 9 | | |
| 10 | | *Attorneys for Defendant Millennium Products, Inc.* |
| 11 | | |
| 12 | Dated: June 22, 2016 | **LTL ATTORNEYS LLP** |
| 13 | | |
| 14 | | By: _____*/s/ James M. Lee*_____<br>            James L. Lee |
| 15 | | |
| 16 | | *Attorneys for Defendant Whole Foods Market, Inc.* |

**SIGNATURE ATTESTATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the other signatories to this document.

Dated: June 22, 2016          By:     */s/ Yeremey Krivoshey*
                                                              Yeremey Krivoshey