E-FILED: 06/27/2016

# DENIED
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RETTA, KIRSTEN SCHOFIELD, and JESSICA MANIRE, on Behalf of All Others Similarly Situated<br><br>Plaintiff(s),<br><br>v.<br><br>MILLENNIUM PRODUCTS, Inc. and WHOLE FOODS MARKET, Inc.,<br><br>Defendants. | Case No. 2:15-CV-01801-PSG-AJW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO VACATE PRETRIAL DEADLINES**<br><br>Judge: Hon. Philip S. Gutierrez |

[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO VACATE PRETRIAL DEADLINES

1       The Court, having reviewed the Joint Stipulation and Request to Vacate Pretrial Deadlines, and good cause appearing, hereby ORDERS as follows:

      1.     All currently scheduled pretrial deadlines are vacated.

      2.     Should the Parties' settlement efforts fail for any reason, the Parties shall promptly file a Joint Status Report and request that the Court hold a case management conference to reschedule the vacated pretrial deadlines.

IT IS SO ORDERED.

Dated: _____, 2016            \_\_\_\_DENIED_____
                                                                              Hon. Philip S. Gutierrez
                                                                              United States District Judge