UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV15-1801 PSG (AJWx) | Date | July 18, 2016 |
|---|---|---|---|
| Title | Jonathan Retta, *et al.* v. Millennium Products, Inc., *et al.* | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order MOOTING the Motion to Dismiss and Vacating the Hearing Date

On April 7, 2016, Defendant Whole Foods Market, Inc. ("Whole Foods") filed a motion to dismiss Plaintiffs' Fourth Amended Complaint.  Dkt. # 59.  Hearing is set for July 25, 2016.  Dkt. # 62.  With Whole Foods' permission, Plaintiff filed a Fifth Amended Complaint on June 22, 2016.  Dkts. # 67, 68.  Whole Foods has now filed a motion to dismiss the Fifth Amended Complaint, set for hearing on September 12, 2016.  Dkt. # 74.  Accordingly, the Court finds that Defendants' motion to dismiss the Fourth Amended Complaint has been RENDERED MOOT.  The July 25, 2016 hearing date is therefore VACATED.

**IT IS SO ORDERED.**