E-FILED 8/19/16

Re Motion #77

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RETTA, KIRSTEN SCHOFIELD, and JESSICA MANIRE, on Behalf of All Others Similarly Situated<br><br>Plaintiff(s),<br><br>v.<br><br>MILLENNIUM PRODUCTS, Inc. and WHOLE FOODS MARKET, Inc.,<br><br>Defendants. | Case No. 2:15-CV-01801-PSG-AJW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO ADVANCE HEARING DATE FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Philip S. Gutierrez |

[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO ADVANCE HEARING DATE

The Court, having reviewed the Joint Stipulation and Request to Advance Hearing Date for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, and good cause appearing, hereby ORDERS as follows:

1. The hearing date on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement is advanced from October 17, 2016 to September 19, 2016 at 1:30 p.m.

IT IS SO ORDERED.

Dated: ____8/19____, 2016

PHILIP S. GUTIERREZ
_____
Hon. Philip S. Gutierrez