SCOTT M. VOELZ (S.B. #181415)
svoelz@omm.com
DANIEL J. FARIA (S.B. #285158)
dfaria@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for Defendants
Millennium Products, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RETTA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MILLENNIUM PRODUCTS, Inc., *et al.*<br><br>    Defendants. | Case No. 15-CV-1801-PSG-AJW<br><br>**DECLARATION OF DANIEL J. FARIA IN SUPPORT OF OPPOSITION TO *EX PARTE* APPLICATION**<br><br>Judge:  Hon. Philip S. Gutierrez<br><br>SAC Filed:  August 19, 2016<br>Trial Date:   Not Set |

## DECLARATION OF DANIEL J. FARIA

I, Daniel J. Faria, declare and state as follows:

1. I am an attorney with the law firm of O'Melveny & Myers LLP and am licensed to practice law in the State of California. I represent Defendant Millennium Products, Inc. ("Millennium") in this action. This declaration is submitted in support of Millennium's Opposition to the *Ex Parte* Application Requesting Order Shortening Time to Hear Motion to Intervene and Leave to Appear at Hearing on Motion for Preliminary Approval Hearing. I have direct and personal knowledge of the facts stated in this Declaration, and if called and sworn as a witness, could and would testify to those facts.

2. On August 5, 2016, I transmitted to Ms. Pedro's counsel a near-final version of all papers to be filed in support of the motion for preliminary approval of class action settlement in this action. Attached as Exhibit 1 to this Declaration is a true and correct copy of the e-mail sent to Pedro's counsel.

3. On August 16, 2016, I transmitted to Ms. Pedro's counsel a final version of all papers filed in support of the motion for preliminary approval of class action settlement in this action. Attached as Exhibit 2 to this Declaration is a true and correct copy of the e-mail sent to Pedro's counsel.

4. Attached as Exhibit 3 to this Declaration is a true and correct copy of the transcript for the hearing on Millennium's motion to dismiss or stay the *Pedro* action, heard before the Honorable Judge Chesney on April 15, 2016.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 16th Day of September, 2016 at Los Angeles, California.

_____
Daniel J. Faria