# Exhibit 1

**Faria, Daniel J.**

| | |
|---|---|
| **From:** | Faria, Daniel J. |
| **Sent:** | Friday, August 05, 2016 6:37 PM |
| **To:** | JCabezas@ForThePeople.com; 'David Crane'; Joshua Watson; Marcio Valladares; Voelz, Scott; James Lee |
| **Cc:** | John Yanchunis; 'Clayeo Arnold'; 'Shehnaz Bhujwala'; Patrick Barthle |
| **Subject:** | RE: 555840 Pedro, Nina v. Kombucha - Class Action - Master: |
| **Attachments:** | FRE 408 - Claim Form.pdf; FRE 408 - Final Approval Order.pdf; FRE 408 - Final Judgment.pdf; FRE 408 - Long Form Notice.pdf; FRE 408 - Preliminary Approval Order.pdf; FRE 408 - Retta Settlement.pdf; FRE 408 - Summary Notice.pdf |

All -

Attached are the final copies of the Retta settlement papers that counsel for Plaintiffs requested.

Let me know if you encounter any issues.

Thanks,
Dan

# O'Melveny

**Daniel J. Faria**
dfaria@omm.com
+1-213-430-6278

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** JCabezas@ForThePeople.com [mailto:JCabezas@ForThePeople.com]
**Sent:** Friday, August 05, 2016 10:00 AM
**To:** 'David Crane'; Faria, Daniel J.; Joshua Watson; Marcio Valladares; Voelz, Scott; James Lee
**Cc:** John Yanchunis; 'Clayeo Arnold'; 'Shehnaz Bhujwala'; Patrick Barthle
**Subject:** 555840 Pedro, Nina v. Kombucha - Class Action - Master:


Good afternoon,

Please advise as to your availability for a conference call this afternoon at 4PM EST in connection with the referenced action.

Thank you,

Jennifer Cabezas |  Litigation Paralegal



201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Office: 813.223.5505
Direct: 813.318.5189
Fax: 813.222.2496
jcabezas@forthepeople.com
www.ForThePeople.com


CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

2

Exhibit 1 - Page 3