# Exhibit 2

**Faria, Daniel J.**

| | |
|---|---|
| **From:** | Faria, Daniel J. |
| **Sent:** | Tuesday, August 16, 2016 12:03 PM |
| **To:** | JCabezas@ForThePeople.com; jwatson@justice4you.com; mvalladares@forthepeople.com; jyanchunis@forthepeople.com; 'Clayeo Arnold' (clayeo@hotmail.com); 'Shehnaz Bhujwala' (Bhujwala@boucher.la); Patrick Barthle (PBarthle@forthepeople.com) |
| **Cc:** | Voelz, Scott |
| **Subject:** | Retta Papers |

All,

I'm sending a link to the Retta preliminary approval papers in filed form.  It will come through our firm's file-share system (Accellion / Share.OMM.com).  Whole Foods may have had non-substantive edits to the papers since we last sent them to you.  (Chiefly, corrections to its corporate name.)  And we do not believe the papers you'll get deviate in substance from those you already have.  But we wanted you to have up to date copies all the same.

Thanks,
Dan

# O'Melveny

**Daniel J. Faria**
dfaria@omm.com
+1-213-430-6278

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*