SCOTT M. VOELZ (S.B. #181415)
svoelz@omm.com
DANIEL J. FARIA (S.B. #285158)
dfaria@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Defendants
Millennium Products, Inc.

JAMES M. LEE (S.B. #192301)
james.lee@ltlattorneys.com
DAVID A. CRANE (S.B. #305999)
david.crane@ltlattorneys.com
LTL ATTORNEYS LLP
601 South Figueroa Street, Suite 3900
Los Angeles, California  90017
Telephone:   (213) 612-8900
Facsimile:    (213) 612-3773

Attorneys for Defendants
Whole Foods Market, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RETTA, *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>MILLENNIUM PRODUCTS, Inc., *et al.*<br><br>            Defendants. | Case No. 15-CV-1801-PSG-AJW<br><br>**DEFENDANT MILLENNIUM PRODUCTS, INC.'S NOTICE OF ERRATA RE DOCKET ENTRY 87**<br><br>Judge:  Hon. Philip S. Gutierrez<br><br>SAC Filed:  August 19, 2016<br>Trial Date:  Not Set |

|   |   |
|---|---|
| 1 | Defendant Millennium Products, Inc. hereby files this Notice of Errata relating docket entry 87.  The Opposition to *Ex Parte* Application filed as docket entry 87 was errantly noted as being filed by Defendant Whole Foods Market, Inc. when it was in fact filed by Defendant Millennium Products, Inc. |

Dated:  September 16, 2016

O'MELVENY & MYERS LLP

By:    /s/ Scott M. Voelz
           Scott M. Voelz
Attorneys for Defendants
Millennium Products, Inc.