UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-1801 PSG (AJWx) | Date | September 21, 2016 |
|---|---|---|---|
| Title | Retta, et al. v. Millennium Products, Inc., et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** Order RENDERING MOOT Ex Parte Application

Before the Court is Nina Pedro and Rosaline Lewis' *Ex Parte* Application Requesting Order Shortening Time to Hear Motion to Intervene and Leave to Appear at Hearing on Motion for Preliminary Approval. Dkt. # 84. The preliminary approval hearing was set for September 19, 2016. On September 16, 2016, the Court took the hearing off calendar. Dkt. # 86. Furthermore, on September 21, 2016, the Court issued an Order requesting parties to appear for a status conference on October 24, 2016.

The Court thus RENDERS MOOT this *ex parte* application.

**IT IS SO ORDERED.**