1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Annick M. Persinger (State Bar No. 272996)
   Yeremey O. Krivoshey (State Bar No. 295032)
3  1990 North California Blvd., Suite 940
   Walnut Creek, CA 94596
4  Telephone: (925) 300-4455
5  Facsimile: (925) 407-2700
   E-Mail:  ltfisher@bursor.com
6          apersinger@bursor.com
7          ykrivoshey@bursor.com

8  *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RETTA, KIRSTEN SCHOFIELD, and JESSICA MANIRE on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MILLENNIUM PRODUCTS, INC., and WHOLE FOODS MARKET, INC.,<br><br>Defendants. | Case No.  2:15-cv-01801-PSG-AJW<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF NATIONWIDE SETTLEMENT CLASS, AND APPROVAL OF PROCEDURE FOR AND FORM OF NOTICE**<br><br>Date: January 30, 2017<br>Time: 1:30 p.m.<br>Courtroom 880<br><br>Judge: Hon. Philip S. Gutierrez |

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT
CASE NO. 2:15-CV-01801-PSG-AJW

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on January 30, 2017 at 1:30 p.m. or as soon thereafter as counsel may be heard by the above-captioned Court, located at 255 East Temple Street, Los Angeles, California 90012 in the courtroom of Judge Philip S. Gutierrez, Plaintiffs Jonathan Retta, Kirsten Schofield, and Jessica Manire ("Plaintiffs"), by and through their undersigned counsel of record, will move, pursuant to Fed. R. Civ. P. 23(e), for the Court to: (i) grant preliminary approval of the proposed Stipulation of Class Action Settlement ("Settlement Agreement"), (ii) provisionally certify the Class for the purposes of preliminary approval, designate Plaintiffs as the Class Representatives, and appoint Bursor & Fisher, P.A. as Class Counsel for the Class, (iii) establish procedures for giving notice to members of the Class, (iv) approve forms of notice to Class Members, (v) mandate procedures and deadlines for exclusion requests and objections, and (vi) set a date, time and place for a final approval hearing.

This motion is made on the grounds that preliminary approval of the proposed class action settlement is proper, given that each requirement of Rule 23(e) has been met.

This motion is based on Plaintiff's Memorandum of Points and Authorities in Support of Motion for Preliminary Approval of Class Action Settlement, Provisional Certification of Nationwide Settlement Class, and Approval of Procedure for and Form of Notice, the accompanying Declarations of L. Timothy Fisher, Steven Weisbrot, and GT Dave and attachments thereto, including the Settlement Agreement, the pleadings and papers on file herein, and any other written and oral arguments that may be presented to the Court.

| | |
|---|---|
| Dated: November 18, 2016 | Respectfully submitted, |
| | **BURSOR & FISHER, P.A.** |
| | By: /s/L. Timothy Fisher |
| | L. Timothy Fisher |
| | L. Timothy Fisher (State Bar No. 191626) |
| | Annick M. Persinger (State Bar No. 272996) |
| | Yeremey O. Krivoshey (State Bar No.295032) |
| | 1990 North California Blvd., Suite 940 |
| | Walnut Creek, CA 94596 |
| | Telephone: (925) 300-4455 |
| | Facsimile: (925) 407-2700 |
| | Email: ltfisher@bursor.com |
| | apersinger@bursor.com |
| | ykrivoshey@bursor.com |
| | *Attorneys for Plaintiffs* |