SCOTT M. VOELZ (S.B. #181415)
svoelz@omm.com
DANIEL J. FARIA (S.B. #285158)
dfaria@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for Defendants
Millennium Products, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RETTA, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>MILLENNIUM PRODUCTS, Inc., *et al*.<br><br>　　　　　　　Defendants. | Case No. 15-CV-1801-PSG-AJW<br><br>**MILLENNIUM'S NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:  Hon. Philip S. Gutierrez |

# NOTICE OF NON-OPPOSITION

Pursuant to Rule 7-9 of the Local Rules for the Central District of California, Defendant Millennium Products submits this notice of non-opposition to Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. (Dkt. No. 103.)

Dated: November 18, 2016

O'MELVENY & MYERS LLP

By: /s/ Scott M. Voelz
Scott M. Voelz
Attorneys for Defendants
Millennium Products, Inc. and
George Thomas "GT" Dave