1  SCOTT M. VOELZ (S.B. #181415)
   svoelz@omm.com
2  DANIEL J. FARIA (S.B. #285158)    E-FILED 11/28/16
   dfaria@omm.com                    LINK 105
3  O'MELVENY & MYERS LLP
4  400 South Hope Street
   Los Angeles, California  90071-2899
5  Telephone:  (213) 430-6000
   Facsimile:  (213) 430-6407
6
7  Attorneys for Defendants
   Millennium Products, Inc.
8
9
                UNITED STATES DISTRICT COURT
10
                 CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| JONATHAN RETTA, *et al.*, | Case No. 15-CV-1801-PSG-AJW |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING REQUEST TO CONSOLIDATE RELATED ACTIONS FOR SETTLEMENT PURPOSES** |
| v. | |
| MILLENNIUM PRODUCTS, INC., *et al.*, | Judge:  Hon. Philip S. Gutierrez |
| Defendants. | |
| NINA PEDRO, *et al.*, | Case No. 16-CV-03780-PSG-AJW |
| Plaintiffs, | Judge:  Hon. Philip S. Gutierrez |
| v. | |
| MILLENNIUM PRODUCTS, INC., *et al.*, | |
| Defendants. | |

# [PROPOSED] ORDER

Having reviewed the Parties' Joint Stipulation and Request to Consolidate Related Actions for Settlement Purposes (the "Request"), and good cause appearing, **IT IS HEREBY ORDERED** that the Request is **GRANTED.**

The Related Actions are hereby consolidated, pursuant to Federal Rule of Civil Procedure 42(a)(1), for the purpose of preliminary and final approval (if so ordered), of the settlement proposed in *Retta et al. v. Millennium Products, Inc., et al.*, Case No. 15-cv-1801 (C.D. Cal 2015).

**IT IS SO ORDERED.**

DATED: 11/28/16

PHILIP S. GUTIERREZ
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE