SCOTT M. VOELZ (S.B. #181415)
svoelz@omm.com
DANIEL J. FARIA (S.B. #285158)
dfaria@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Defendants
Millennium Products, Inc. and
George Thomas "GT" Dave

E-FILED 12/07/16

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RETTA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MILLENNIUM PRODUCTS, INC.,<br>et al.,<br><br>Defendants. | Case No. 15-CV-1801-PSG-AJW |
| NINA PEDRO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MILLENNIUM PRODUCTS, INC.,<br>*et al.*,<br><br>Defendants. | Case No. 16-CV-03780-PSG-AJW<br><br>[PROPOSED] ORDER GRANTING REQUEST TO VACATE PRETRIAL DEADLINES IN *PEDRO* MATTER<br><br>Judge:  Hon. Philip S. Gutierrez |

[PROP.] ORDER RE:
PRETRIAL DEADLINES

# [~~PROPOSED~~] ORDER

Having reviewed the Parties' Joint Stipulation and Request to Vacate Pretrial Deadlines (the "Request"), and good cause appearing, **IT IS HEREBY ORDERED** that the Request is **GRANTED.**

All currently scheduled pretrial deadlines set in the above-captioned *Pedro* action, including the deadlines to file opposition and reply briefs in support of the pending motion to dismiss, the March 7, 2017 deadline to file class certification motions, and the January 9, 2017 hearing date for the motion to dismiss, are hereby vacated.  In the event the Court denies preliminary or final approval, the Parties shall jointly request the resetting of the vacated deadlines and dates by filing a stipulated request and proposed order within 14 days of the Court's entry of the denial order.

**IT IS SO ORDERED.**

DATED: 12/7/16 _____

PHILIP S. GUTIERREZ

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

[PROP.] ORDER RE:
PRETRIAL DEADLINES