**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
              ykrivoshey@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RETTA, KIRSTEN SCHOFIELD, and JESSICA MANIRE on Behalf of Themselves and all Others Similarly Situated,<br><br>                                 Plaintiffs,<br>    v.<br><br>MILLENNIUM PRODUCTS, INC., and WHOLE FOODS MARKET, INC.,<br><br>                                 Defendants. | Case No.  2:15-cv-01801-PSG-AJW<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR THE CLASS REPRESENTATIVES**<br><br>Date:   July 31, 2017<br>Time:   1:30 p.m.<br>Courtroom 880<br><br>Judge: Hon. Philip S. Gutierrez |

# NOTICE OF MOTION AND MOTION

## TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on July 31, 2017 at 1:30 p.m., or as soon thereafter as the matter may be heard by the above-captioned Court, located at 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012, in the courtroom of the Honorable Philip S. Gutierrez, Plaintiffs Jonathan Retta, Kirsten Schofield, and Jessica Manire will and hereby do move for an order awarding attorneys' fees, reimbursement of litigation costs and expenses, and payment of incentive fees to the Plaintiffs, as Class Representatives.

This motion is made on the grounds that an award of attorneys' fees, reimbursement of litigation costs and expenses, and payment of incentive fees is proper, given that the parties have agreed that Class Counsel may make such applications in the Settlement Agreement, the work of Class Counsel has conferred substantial benefits to the Class, and that such awards are permitted under the laws of this Circuit.

This motion is based on the concurrently filed Memorandum of Points and Authorities, the accompanying Declarations of L. Timothy Fisher, Robert Lehrman, Jonathan Retta, Kirsten Schofield, and Jessica Manire, the pleadings and papers on file herein, and any other written and oral arguments that may be presented to the Court.

Dated:  June 19, 2017                    Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   _/s/ L. Timothy Fisher_
         L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596

NOTICE OF MOTION AND MOTION FOR AN AWARD ATTORNEYS' FEES,
COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR THE CLASS REPRESENTATIVES
CASE NO. 2:15-CV-01801-PSG-AJW                                                                                                          1

1
2
3
4

Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiffs*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF MOTION AND MOTION FOR AN AWARD ATTORNEYS' FEES,
COSTS AND EXPENSES, AND INCENTIVE AWARDS FOR THE CLASS REPRESENTATIVES
CASE NO. 2:15-CV-01801-PSG-AJW

2