# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-1801-PSG (AJWx)<br>CV 16-3780-PSG (AJWx) | Date | August 21, 2017 |
|---|---|---|---|
| Title | JONATHAN RETTA ET AL V. MILLENNIUM PRODUCTS, INC.<br>NINA PEDRO ET AL V. MILLENNIUM PRODUCTS, INC. ET AL | | |

Present: The Honorable   PHILIP S. GUTIERREZ

| Wendy Hernandez | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Yeremey O Krivoshey | Danial Faria |
| Lawrence Timothy Fisher | Scott Voelz |
| For Objector Sarah Samet: Pierce Samet | |
| Marcio W Valladares | |
| Shehnaz M Bhujwala | |
| Joshua H Watson | |

**Proceedings:**       PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND
CERTIFICATION OF SETTLEMENT CLASS
FILED 06-19-17 (DOC. 117)

PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES,
AND INCENTIVE AWARDS FOR THE CLASS REPRESENTATIVE
FILED 06-19-17 (DOC. 118)

PLAINTIFF'S MOTION FOR FINAL APPROVAL AND MOTION FOR FEES, COSTS, AND
SERVICE AWARDS
FILED 06-19-17 (DOC. 119)

PLAINTIFFS' AMENDED MOTION FOR FINAL APPROVAL AND MOTION FOR FEES,
COSTS, AND SERVICE AWARDS
FILED 06-20-17 (DOC. 122)

  Having considered all papers submitted in support of and in opposition to the
Motions referenced above, and the oral argument presented today, the Court takes the
Motions under submission.  Plaintiff to file supplemental briefing as directed on the
record.

|  | : | 21 |
|---|---|---|
| Initials of Preparer | wh | |